IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANET MUNGER, as the Personal Representative of the Estate of Kenneth Munger, deceased;<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>Defendant. | 8:19CV464<br><br>ORDER |

IT IS ORDERED that the motion to withdraw filed by Shawn M. Sassaman on behalf of Luke T. Pepper, as counsel of record for Plaintiff, (Filing No. 13), is granted. Luke T. Pepper shall no longer receive electronic notice in this case.

Dated this 23rd day of September, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge